### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John A. Reese, III,              :        Chapter 13
          Debtor                    :        Case No.: 18-10265-elf

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed July 30, 2018 was forwarded to the following parties, as follows:

*Via First Class United States Mail on July 30, 2018:*

Megan N. Harper, Dep City Sol.
City of Philadelphia Law Dept - Tax Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102

Joseph J. Perrigo, Bankr. Spec.
Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Keiko Jackson, Bankr. Spec.
HCA DBA Kia Motors Finance
PO Box 20825
Fountain Valley CA 92728

Naomi R McFarlin, Coll Paralegal
Citadel Federal Credit Union
520 Eagleview Blvd.
Exton, PA 19341

Jennifer Roberts, Bankr. Spec.
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Nicole Amolsch, Chief
Pennsylvania Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

*Via Electronic Filing (ECF) on July 30, 2018:*

Jerome B. Blank, Esquire on behalf of Loandepot.com, LLC
paeb@fedphe.com

Renecca Ann Solarz, Esquire on behalf of Loandepot.Com, LLC
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                            **LAW OFFICE OF STEPHEN J. ROSS, PC**

By:    */s/ Joseph Quinn*
          Joseph Quinn, Esquire
          Attorney I.D. No. 307467
          152 E. High Street, Suite 100
          Pottstown, PA 19464
          T: 610.323.5300
          F: 610.323.6081
          JQuinn@SJR-LAW.com
Date: July 30, 2018         Counsel for Debtor