United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-10265-elf
John A. Reese, III                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi            Page 1 of 1           Date Rcvd: Aug 30, 2018
                          Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.
db              +John A. Reese, III,    762 Whitetail Circle,    King of Prussia, PA 19406-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2018 at the address(es) listed below:
    JEROME B. BLANK    on behalf of Creditor    LOANDEPOT.COM, LLC paeb@fedphe.com
    JOSEPH L QUINN    on behalf of Debtor John A. Reese, III CourtNotices@sjr-law.com
    REBECCA ANN SOLARZ    on behalf of Creditor    Loandepot.Com, LLC bkgroup@kmllawgroup.com
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    Loandepot.Com, LLC paeb@fedphe.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                                                                  TOTAL: 6

**UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  John A. Reese, III | Chapter 13 |
| Debtor(s) | BK No. 18-10265-elf |

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00.**

3. Expenses are **ALLOWED** in favor of the Applicant in the amount of **$49.00.**

4. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b). 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in ¶2 less $1,000.00 which was paid by the Debtor(s) prepetition** to the extent provided for in the confirmed plan.

Date: 8/29/18

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**