# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John A. Reese, III,            :      Chapter 13
            Debtor            :      No. : 18-10265-elf
                              :

## **PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK:

    Kindly update the Court's records to reflect a new address for debtor John A. Reese, III, effective immediately, to:

        3000 Valley Forge Circle, Apt. 352
        King of Prussia, PA 19406

        ROSS, QUINN & PLOPPERT, P.C.

        By:    /s/ Joseph Quinn
                Joseph Quinn, Esquire
                Attorney I.D. No. 307467
                192 S. Hanover Street, Suite 101
                Pottstown, PA 19464
                T: 610.323.5300
                F: 610.323.6081
                JQuinn@rqplaw.com

Date: May 1, 2020