United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John A. Reese, III  
    Debtor

Case No. 18-10265-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: May 19, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.
db        #+John A. Reese, III,   762 Whitetail Circle,   King of Prussia, PA 19406-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:
      JEROME B. BLANK   on behalf of Creditor   LOANDEPOT.COM, LLC paeb@fedphe.com
      JOSEPH L QUINN   on behalf of Debtor John A. Reese, III CourtNotices@rqplaw.com
      MARIO J. HANYON   on behalf of Creditor   LOANDEPOT.COM, LLC paeb@fedphe.com
      REBECCA ANN SOLARZ   on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Loandepot.Com, LLC bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG   on behalf of Creditor   Loandepot.Com, LLC paeb@fedphe.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                            TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John A. Reese III aka John Albert Reese, III <br> _Debtor_ | CHAPTER 13 |
| MIDFIRST BANK <br> _Movant_ <br> vs. | NO. 18-10265 ELF |
| John A. Reese III aka John Albert Reese, III <br> _Debtor_ | |
| William C. Miller, Esquire <br> _Trustee_ | 11 U.S.C. Section 362 |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$2,934.82,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | February 1, 2020 to May 1, 2020 at $752.75/month |
| Suspense Balance: | $76.18 |
| **Total Post-Petition Arrears** | **$2,934.82** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). On or before May 31, 2020, the Debtor shall make a down payment in the amount of **$1,200.00**;

b). Beginning on June 1, 2020 and continuing through November 1, 2020, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$752.75** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$289.14 from June 2020 to October 2020 and $289.12 for November 2020** towards the arrearages on or before the last day of each month at the address below;

MIDLAND MORTGAGE
999 N.W. GRAND BOULEVARD, SUITE 100
OKLAHOMA CITY, OK 73118-6116

c). Maintenance of current monthly mortgage payments to the Movant thereafter.

- 1 -

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   May 6, 2020            By: /s/ Rebecca A. Solarz, Esquire
                                   Attorney for Movant

Date: *May 13, 2020*           /s/ Joseph L. Quinn, Esquire
                               Joseph L. Quinn, Esquire
                               Attorney for Debtor

Date: May 18, 2020             /s/ LeRoy W. Etheridge, Esq. for
                               William C. Miller, Esquire
                               Chapter 13 Trustee      NO OBJECTION
                                                       *without prejudice to any
                                                       trustee rights and remedies.

# O R D E R

Approved by the Court this  19th  day of    May           , 2020.  However, the court retains discretion regarding entry of any further order.

- 2 -

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**