# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10265-ELF

JOHN  A REESE III

3000 VALLEY FORGE CIRCLE
APT 352
KING OF PRUSSIA, PA 19406

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOHN  A REESE III

    3000 VALLEY FORGE CIRCLE
    APT 352
    KING OF PRUSSIA, PA 19406


Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

                                            /S/ William C. Miller

Date: 6/9/2020                          _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee