THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  John A. Reese, III, | : | Chapter 13 |
| Debtor | : | No. : 18-10265-elf |

## **CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on July 1, 2019, have been served upon the following by the means stated:

*Via First Class United States Mail on July 27, 2020:*

Megan N. Harper, Dep City Sol.
City of Philadelphia Law Dept - Tax Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102

Joseph J. Perrigo, Bankr. Spec.
Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Keiko Jackson, Bankr. Spec.
HCA DBA Kia Motors Finance
PO Box 20825
Fountain Valley CA 92728

Naomi R McFarlin, Coll Paralegal
Citadel Federal Credit Union
520 Eagleview Blvd.
Exton, PA 19341

Jennifer Roberts, Bankr. Spec.
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Nicole Amolsch, Chief
Pennsylvania Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

*Via Electronic Filing (ECF) on July 27, 2020:*

Jerome B. Blank on behalf of Creditor Loandepot.com, LLC
paeb@fedphe.com

Mario J. Hanyon on behalf of Creditor Loandepot.com, LLC
paeb@fedphe.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz on behalf of Creditor Loandepot.Com, LLC
bkgroup@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor MidFirst Bank
bkgroup@kmllawgroup.com

Thomas Young.Hae Song on behalf of Creditor Loandepot.Com, LLC
paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class United States Mail on July 27, 2020:*

All other creditors on the mailing matrix not noticed by way of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. 307467
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
Ph: (610) 323-5300
F:   (610) 323-6081

Dated: July 27, 2020