## UNITED STATES BANKRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  John A. Reese, III, | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 18-10265-elf |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for John A. Reese, III, debtor in the above-captioned matter.

2. That a copy of the Amended Supplemental Application for Compensation filed with the Court on July 30, 2020 along with the Notice of Application and Certificate of Service were timely served on parties in interest on July 30, 2020.

3. A response deadline to the application was due on or before August 17, 2020.

4. As of August 27, 2020, no response to said Application has been received.

        **ROSS, QUINN & PLOPPERT, P.C.**

        By: */s/ Joseph L. Quinn*
           Joseph L. Quinn, Esquire
           Attorney for Debtor
           Attorney I.D. No. 307467
           192 S. Hanover Street, Suite 101
           Pottstown, PA 19464
           Ph: (610) 323-5300

Dated: August 27, 2020