# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :        Chapter 13
      JOHN A. REESE, III,                       :
                                                :        Bankruptcy No. 18-10265 (ELF)
                              Debtor.           :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW LIMITED OBJECTION TO DEBTOR'S MOTION TO MODIFY PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Limited Objection to Motion to Modify Plan (Docket No. 58) filed by the City of Philadelphia on August 17, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 14, 2020      By:    */s/ Joshua Domer*
JOSHUA DOMER
Assistant City Solicitor
PA Attorney I.D. 319190
Attorney for the City of Philadelphia
      and/or
Water Revenue Bureau
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0519 (phone)
Email: Joshua.Domer@phila.gov