IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John A. Reese, III,                  :         Chapter 13
             Debtor              :         No.: 18-10265-elf

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for John A. Reese, III, Debtor in the above-captioned matter.

2. That a motion to modify the plan and proposed modified plan were filed with the Court on July 27, 2020.

3. That a copy of the Motion, along with a Notice of Motion and proposed modified plan were served on parties in interest on July 27, 2020.

4. That a certificate of service was filed with the court on July 27, 2020 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before August 17, 2020.

6. No response to said Motion has been received as of September 14, 2020.

                                      ROSS, QUINN & PLOPPERT, P.C.

                            BY:    */s/ Joseph Quinn*
                                      Joseph Quinn, Esquire
                                      Attorney I.D. No. 307467
                                      192 S. Hanover Street, Suite 101
                                      Pottstown, PA  19464
                                      T: (610) 323 - 5300
                                      F: (610) 323 - 6081
Date:  September 14, 2020           JQuinn@rqplaw.com