# UNITED STATES BANKRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:  John A. Reese, III, | | Chapter 13 |
|---|---|---|
| Debtor(s) | | BK No. 18-10265-elf |

## ORDER

**AND NOW,** upon consideration of the Amended Supplemental Application for Compensation ("the Application" filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Application in the amount of **$900.00**.

Date:  9/17/20

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**