United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John A. Reese, III  
    Debtor

Case No. 18-10265-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Sep 16, 2020  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.  
db         #+John A. Reese, III,    762 Whitetail Circle,    King of Prussia, PA 19406-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:

       JEROME B. BLANK     on behalf of Creditor     LOANDEPOT.COM, LLC paeb@fedphe.com  
       JOSEPH L QUINN     on behalf of Debtor John A. Reese, III CourtNotices@rqplaw.com  
       JOSHUA  DOMER     on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov, karena.blaylock@phila.gov  
       MARIO J. HANYON     on behalf of Creditor     LOANDEPOT.COM, LLC paeb@fedphe.com  
       REBECCA ANN SOLARZ     on behalf of Creditor     Loandepot.Com, LLC bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ     on behalf of Creditor     MidFirst Bank bkgroup@kmllawgroup.com  
       THOMAS YOUNG.HAE SONG     on behalf of Creditor     Loandepot.Com, LLC paeb@fedphe.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                       TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JOHN A. REESE, | : | |
| Debtor | : | Bky. No. 18-10265 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #64) is **APPROVED**.

Date:  September 16, 2020

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE