United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10265-elf
John A. Reese, III                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 1           Date Rcvd: Sep 18, 2020
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.
db             #+John A. Reese, III,   762 Whitetail Circle,   King of Prussia, PA 19406-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    LOANDEPOT.COM, LLC paeb@fedphe.com
              JOSEPH L QUINN    on behalf of Debtor John A. Reese, III CourtNotices@rqplaw.com
              JOSHUA  DOMER     on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov, karena.blaylock@phila.gov
              MARIO J. HANYON    on behalf of Creditor    LOANDEPOT.COM, LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Loandepot.Com, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Loandepot.Com, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                          TOTAL: 9

**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  John A. Reese, III, | Chapter 13 |
| Debtor(s) | BK No. 18-10265-elf |

**ORDER**

**AND NOW,** upon consideration of the Amended Supplemental Application for Compensation ("the Application" filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Application in the amount of **$900.00**.

Date:  9/17/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**