WWR# 040648287

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOHN A. REESE, III,<br>　　　　　　　　Debtor,<br><br>CITADEL FEDERAL CREDIT UNION,<br>　　　　　　　　Movant. | CASE NO.  18-10265-elf<br>CHAPTER 13<br><br>**Hearing Date: 10/20/2020**<br>**Hearing Time: 9:30 am** |

## <u>REQUEST FOR ADMISSIONS</u>

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1.　　　　The Respondent/Debtor, John A Reese, III, has failed to make the payments that were due to

Movant on the dates listed below and in the amounts listed below:

(a)　　　One (1) monthly payment of $396.05, due on 7/7/2019.

(b)　　　One (1) monthly payment of $604.81, due on 8/7/2019.

(c)　　　One (1) monthly payment of $604.81, due on 9/7/2019.

(d)　　　One (1) monthly payment of $604.81, due on 10/7/2019.

(e)　　　One (1) monthly payment of $604.81, due on 11/7/2019.

(f)　　　One (1) monthly payment of $604.81, due on 12/7/2019.

(g)　　　One (1) monthly payment of $604.81, due on 1/7/2020.

(h)　　　One (1) monthly payment of $604.81, due on 2/7/2020.

(i)　　　One (1) monthly payment of $604.81, due on 3/7/2020.

(j)　　　One (1) monthly payment of $604.81, due on 4/7/2020.

(k)　　　One (1) monthly payment of $604.81, due on 5/7/2020.

(l)　　　One (1) monthly payment of $604.81, due on 6/7/2020.

(m)　　　One (1) monthly payment of $604.81, due on 7/7/2020.

(n)　　　One (1) monthly payment of $604.81, due on 8/7/2020.

(o)　　　One (1) monthly payment of $604.81, due on 9/7/2020.

　Respectfully Submitted
<u>/s/ Nathalie Paul</u>
Nathalie Paul, PA Bar No. 309118
Attorney for Movant
170 S. Independence Mall W., Suite 874W
Philadelphia, PA 19106
267-940-1643
npaul@weltman.com