**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOHN A. REESE, III,<br>                          Debtor,<br><br>CITADEL FEDERAL CREDIT UNION,<br>                          Movant. | CASE NO. 18-10265-elf<br>CHAPTER 13<br><br>**Hearing Date: 10/20/2020**<br>**Hearing Time: 9:30 am**<br>Related to Doc. No.: 75, 76, 77, 78 |

**ORDER**

AND NOW, this 20th day of October, 2020, upon failure of Debtor(s) to file an answer or otherwise plead or appear, it is **ORDERED** that:

The automatic stay under 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its *in rem* remedies under its loan documentation and under state law to proceed with repossession and sale of one 2014 Jeep Grand Cherokee, VIN: 1C4RJFBG1EC517668.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

CC:
Movant's Counsel:
Nathalie Paul, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106

Debtor:
John A Reese, III, at 762 Whitetail Circle, King of Prussia, PA 19406

Trustee:
William C Miller, at 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Debtor's Attorney:
Joseph L Quinn, at CourtNotices@rqplaw.com

United States Trustee:
USTPRegion03.PH.ECF@usdoj.gov