United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10265-elf |
| John A. Reese, III | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Randi | Page 1 of 2 |
| Date Rcvd: Oct 21, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | John A. Reese, III, 762 Whitetail Circle, King of Prussia, PA 19406-1529 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 23, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor LOANDEPOT.COM LLC paeb@fedphe.com |
| JOSEPH L QUINN | on behalf of Debtor John A. Reese III CourtNotices@rqplaw.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov karena.blaylock@phila.gov |
| MARIO J. HANYON | on behalf of Creditor LOANDEPOT.COM LLC paeb@fedphe.com |
| NATHALIE PAUL | on behalf of Creditor Citadel Federal Credit Union npaul@weltman.com pitecf@weltman.com |

District/off: 0313-2 | User: Randi | Page 2 of 2
Date Rcvd: Oct 21, 2020 | Form ID: pdf900 | Total Noticed: 1

REBECCA ANN SOLARZ
    on behalf of Creditor Loandepot.Com LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Loandepot.Com LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 10

WWR# 040648287

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOHN A. REESE, III,<br>                      Debtor,<br><br>CITADEL FEDERAL CREDIT UNION,<br>                      Movant. | CASE NO. 18-10265-elf<br>CHAPTER 13<br><br>**Hearing Date: 10/20/2020**<br>**Hearing Time: 9:30 am**<br>Related to Doc. No.: 75, 76, 77, 78 |

**ORDER**

AND NOW, this 20th day of October, 2020, upon failure of Debtor(s) to file an answer or otherwise plead or appear, it is **ORDERED** that:

The automatic stay under 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its *in rem* remedies under its loan documentation and under state law to proceed with repossession and sale of one 2014 Jeep Grand Cherokee, VIN: 1C4RJFBG1EC517668.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

CC:
Movant's Counsel:
Nathalie Paul, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106

Debtor:
John A Reese, III, at 762 Whitetail Circle, King of Prussia, PA 19406

Trustee:
William C Miller, at 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Debtor's Attorney:
Joseph L Quinn, at CourtNotices@rqplaw.com

United States Trustee:
USTPRegion03.PH.ECF@usdoj.gov