United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10265-elf |
| John A. Reese, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A. Reese, III, 3000 Valley Forge Circle, Apt. 352, King of Prussia, PA 19406-1144 |
| 14062883 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14040183 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14075148 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14040190 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14063333 | + | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14040192 | + | Kia Motors Finance, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 14040194 | + | Latifah Allison, 378 Beverly Blvd, Apt A, Upper Darby, PA 19082-4504 |
| 14058865 | | LoanDepot.com, c/o Jerome Blank, Esq., Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Ste. 1400, One Penn Ctr. Plaza Phila., PA 19103 |
| 14080187 | + | Loandepot.Com, LLC, Cenlar FSB, BK Department, 425 PHILLIPS BLVD., Ewing, NJ 08618-1430 |
| 14166893 | + | Loandepot.com, LLC, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14493860 | + | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14458246 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14494038 | + | MidFirst Bank, c/o Rebecca A Solarz, Esquire, Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14040197 | | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14040198 | | Paoli Hospital, Patient Payments, PO Box 784876, Philadelphia, PA 19178-4876 |
| 14040199 | | Penn Medicine, Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14040201 | | Radiology Associates of the Main Line, PO Box 678678, Dallas, TX 75267-8678 |
| 14040208 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14055240 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14040211 | | Wffnatbank, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:33:47 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14040184 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:33:31 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14164018 | + | Email/Text: megan.harper@phila.gov | | |

Case 18-10265-elf    Doc 86    Filed 08/05/21    Entered 08/06/21 00:39:06    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 60 |

| | | | |
|---|---|---|---|
| | | Aug 03 2021 23:23:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, c/o Joshua Domer, Municipal Srvs Bldg., 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1617 |
| 14052885 | + Email/Text: bankruptcycollections@citadelbanking.com | Aug 03 2021 23:23:00 | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14040185 | + Email/Text: bankruptcycollections@citadelbanking.com | Aug 03 2021 23:23:00 | Citadel Federal Credit Union, Po Box 147, Thorndale, PA 19372-0147 |
| 14040186 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:49 | Citi-shell, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14040187 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2021 23:33:39 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14069923 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:42 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14040188 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:34 | Dsnb Bloom, 9111 Duke Blvd, Mason, OH 45040 |
| 14040189 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:42 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14262730 | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 23:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14040191 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2021 23:23:00 | Dept. of the Treasury, Internal Revenue Service, PO Box 7346, Phila., PA 19101-7346 |
| 14072014 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2021 23:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14040193 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 03 2021 23:23:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14077390 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:41 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14077451 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:33 | LVNV Funding, LLC its successors and assigns as, assignee of Nextel Communications, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14040195 | + Email/Text: bknotification@loandepot.com | Aug 03 2021 23:23:00 | LoanDepot.com, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 14071955 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14056143 | Email/PDF: cbp@onemainfinancial.com | Aug 03 2021 23:33:46 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14040196 | + Email/PDF: cbp@onemainfinancial.com | Aug 03 2021 23:33:38 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14200868 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:33:47 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14041106 | + Email/PDF: rmscedi@recoverycorp.com | Aug 03 2021 23:33:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14040200 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14068875 | + Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2021 23:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14050605 | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 23:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 14040202 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Syncb Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14040203 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14040204 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14040205 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:46 | Syncb/home Design Sele, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14040206 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:46 | Syncb/tjx Cos Dc, Po Box 965015, Orlando, FL 32896-5015 |
| 14040207 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |
| 14041253 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14077761 | + | Email/Text: bncmail@w-legal.com | Aug 03 2021 23:23:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14078398 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 03 2021 23:33:49 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14040209 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 03 2021 23:23:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14040210 | + | Email/Text: bk@avant.com | Aug 03 2021 23:23:00 | Webbank, C/O Avant, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14079439 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14103605 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021     Signature:     /s/Joseph Speetjens

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 60

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JEROME B. BLANK | on behalf of Creditor LOANDEPOT.COM LLC paeb@fedphe.com |
| JOSEPH L QUINN | on behalf of Debtor John A. Reese III CourtNotices@rqplaw.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov karena.blaylock@phila.gov |
| MARIO J. HANYON | on behalf of Creditor LOANDEPOT.COM LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| NATHALIE PAUL | on behalf of Creditor Citadel Federal Credit Union npaul@weltman.com pitecf@weltman.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Loandepot.Com LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Loandepot.Com LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: John A. Reese, III

    Debtor(s)

Bankruptcy No: 18−10265−elf

Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 8/3/21

        85 − 84
        Form 138_new