United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-10265-elf

John A. Reese, III                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

**Recip ID**              **Recipient Name and Address**
db            #+   John A. Reese, III, 3000 Valley Forge Circle, Apt. 352, King of Prussia, PA 19406-1144

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:**

**Name**                         **Email Address**

JEROME B. BLANK
                        on behalf of Creditor LOANDEPOT.COM  LLC paeb@fedphe.com

JOSEPH L QUINN
                        on behalf of Debtor John A. Reese  III CourtNotices@rqplaw.com

JOSHUA DOMER
                        on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
                        on behalf of Creditor LOANDEPOT.COM  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

District/off: 0313-2                                    User: admin                                              Page 2 of 2
Date Rcvd: Oct 19, 2021                                Form ID: 195                                          Total Noticed: 1

NATHALIE PAUL
                        on behalf of Creditor Citadel Federal Credit Union npaul@weltman.com  pitecf@weltman.com

REBECCA ANN SOLARZ
                        on behalf of Creditor Loandepot.Com  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
                        on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

THOMAS SONG
                        on behalf of Creditor Loandepot.Com  LLC tomysong0@gmail.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                      : Chapter 13

John A. Reese, III                                          : Case No. 18−10265−elf

        Debtor(s)

## *ORDER*

_____

    AND NOW, this day , October 19, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                           By The Court

                           Eric L. Frank
                           Judge , United States Bankruptcy Court